IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00457-CMA-KMT

RANDALL S.  ASHER, D.D.S., M.S.,

     Plaintiff,

v.

WALGREEN CO., an Illinois corporation,

     Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Unopposed Motion for Leave to Appear at July 28, 2009 Scheduling/Planning Conference via Telephone" (#19, filed July 20, 2009) is GRANTED.

Dated: July 21, 2009