## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00457-CMA-KMT

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

WALGREEN CO., an Illinois corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulated Motion for Dismissal (Doc. # 33).  The Court having considered the stipulated motion, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys fees.

DATED:  December  15 , 2009

                                            BY THE COURT:

                                            *Christine M. Arguello*

                                            _____
                                            CHRISTINE M. ARGUELLO
                                            United States District Court Judge